KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6838
   FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-05-70846 JL |
| Plaintiff, | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| MARTIN NUNEZ, | |
| Defendant. | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties initially appeared on the instant matter October 26, 2005 for defendant's initial appearance on the complaint, and thereafter appeared on November 2, 2005 for defendant's detention hearing.

    2. On November 2, 2005, the matter was continued until November 14, 2005 for arraignment/preliminary hearing setting.

    3. On November 2, 2005, Assistant Public Defender Steven G. Kalar, who represents the defendant, requested an exclusion of time from November 2, 2005 to November 14, 2005, based on effective preparation of counsel. The defendant agreed to an extension of time for the

STIPULATION AND ~~PROPOSED~~ ORDER    1
3-05-70846 JL

preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of time under the Speedy Trial Act.  The parties are involved in discussions which appear likely to lead to pre-indictment resolution of this case.  Therefore, the parties are requesting an extension of time under Rule 5.1(d) and an exclusion of time under the Speedy Trial Act.  The parties agree that the time from November 2, 2005 to November 14, 2005 should be extended under Rule 5.1(d) and excluded in computing the time within which an information or indictment must be filed.  See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

   4. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See id.  The ends of justice would be served by the Court excluding the proposed time period.  These ends outweigh the best interest of the public and the defendant in a speedy trial.  See id. § 3161(h)(8)(A).

   2. For the reasons stated, the time period from November 2, 2005 through November 14, 2005 is extended under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

   IT IS SO STIPULATED.

DATED: November 4, 2005        Respectfully Submitted,

                               /S/
                       NAHLA RAJAN
                       Special Assistant United States Attorney

DATED: November 4, 2005                          /S/
                       STEVEN G. KALAR
                       Counsel for Martin Nunez

STIPULATION AND ~~PROPOSED~~ ORDER   2
3-05-70846 JL

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.
2
3 | DATED:  November 8, 2005                                    _____
4 |                                                              HONORABLE JOSEPH C. SPERO
  |                                                              United States Magistrate Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

to be served this date on the party(ies) in this action,

**Via Hand Delivery**

**STEVE G. KALAR**
**Assistant Federal Public Defender**
**450 Golden Gate Avenue, 19th Floor**
**San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 4, 2005

/S/
Ponly J. Tu
Legal Assistant (Immigration)
U.S. Attorney's Office