KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00772 PJH |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AND |
| ) | STIPULATION EXCLUDING TIME |
| v. ) | UNDER THE SPEEDY TRIAL ACT |
| ) | |
| MARTIN NUNEZ, ) | |
| ) | |
| Defendant. ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties initially appeared on the instant matter October 26, 2005 for defendant's initial appearance on the complaint, and thereafter appeared on November 2, 2005 for defendant's detention hearing. On November 2, 2005, the matter was continued until November 14, 2005 for arraignment/preliminary hearing setting. On November 14, 2005, the matter was continued until December 7, 2005 for arraignment/preliminary hearing setting. On December 7, 2005, the matter was again continued until December 15, 2005 for arraignment.

    2. On December 15, 2005, the defendant requested a continuance in order to obtain new counsel and the matter was continued to January 6, 2006 for arraignment/preliminary hearing setting.

STIPULATION AND ~~PROPOSED~~ ORDER    1
CR 05-00772 PJH

1      3. On December 15, 2005, Assistant Public Defender Steven G. Kalar, who currently represents the defendant, requested an exclusion of time from December 15, 2005 to January 6, 2006, based on effective preparation and continuity of counsel. The defendant agreed to an extension of time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of time under the Speedy Trial Act. The parties agree that the time from December 15, 2005 to January 6, 2006 should be extended under Rule 5.1(d) and excluded in computing the time within which an information or indictment must be filed. <u>See</u> 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

      4. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. <u>See id.</u> The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. <u>See id.</u> § 3161(h)(8)(A).

      5. For the reasons stated, the time period from December 15, 2005 through January 6, 2006 is extended under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

      IT IS SO STIPULATED.

DATED: _____                                 Respectfully Submitted,

                                                                     /S/
                                            NAHLA RAJAN
                                            Special Assistant United States Attorney

DATED: _____                                   /S/
                                            STEVEN G. KALAR
                                            Counsel for Martin Nunez

      PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 22, 2005                     _____
                                            HONORABLE ELIZABETH D. LAPORTE
                                            United States Magistrate Judge

*GRANTED* — Elizabeth D. Laporte, Judge Elizabeth D. Laporte

STIPULATION AND ~~PROPOSED~~ ORDER      2
CR 05-00772 PJH