KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6838
FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00772 PJH |
| Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| MARTIN NUNEZ, ) | |
| Defendant. ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties initially appeared on the instant matter October 26, 2005 for defendant's initial appearance on the complaint, and thereafter appeared on November 2, 2005 for defendant's detention hearing. On November 2, 2005, the matter was continued until November 14, 2005 for arraignment/preliminary hearing setting. On November 14, 2005, the matter was continued until December 7, 2005 for arraignment/preliminary hearing setting. On December 7, 2005, the matter was again continued until December 15, 2005 for arraignment. On December 15, 2005, the defendant requested a continuance in order to obtain new counsel and the matter was continued to January 6, 2006 for arraignment/preliminary hearing setting. On January 6, 2006, the arraignment was set for January 13, 2006.

2. On January 13, 2006, the matter was again continued to January 20, 2006

for arraignment before the Honorable Joseph C. Spero.

3. On January 13, 2006, Assistant Public Defender Steven G. Kalar, who currently represents the defendant, requested an exclusion of time from January 13, 2006 to January 20, 2006, based on effective preparation and continuity of counsel. The defendant agreed to an extension of time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of time under the Speedy Trial Act. The parties agree that the time from January 13, 2006 through January 20, 2006 should be extended under Rule 5.1(d) and excluded in computing the time within which an information or indictment must be filed. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

4. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See id. The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

5. For the reasons stated, the time period from January 13, 2006 through January 20, 2006 is extended under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: January 18, 2006

                                                                     Respectfully Submitted,

                                                                     /S/
                                                                NAHLA RAJAN
                                                                 Special Assistant United States Attorney

DATED: January 18, 2006

                                                                      /S/
                                                                STEVEN G. KALAR
                                                                Counsel for Martin Nunez

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   DATED: ____January 19, 2006_____      _____
                                            HONORABLE JOSEPH C. SPERO
4                                           United States Magistrate Judge

STIPULATION AND ~~PROPOSED~~ ORDER          3
CR 05-00772 PJH